**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## No. 21-1851

STANLEY JONES; DEBRA JONES,

        Plaintiffs - Appellants,

      v.

CARRIE M. WARD; BWW LAW GROUP; NATIONSTAR MORTGAGE,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge. (8:20-cv-03225-GJH)

Submitted: November 18, 2021               Decided: November 19, 2021

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stanley Jones, Debra Jones, Appellants Pro Se. Melissa O. Martinez, MCGUIREWOODS, LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley and Debra Jones appeal the district court's order dismissing their civil complaint related to a state foreclosure action. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because the Joneses' informal brief does not challenge the basis for the district court's disposition, they have forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We further deny the Joneses' motion for abeyance. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*